**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000128**
**08-JAN-2024**
**08:48 AM**
**Dkt. 105 ORD**

NO. CAAP-22-0000128

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

K.T., Petitioner-Appellant,
v.
K.H., Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1DA211002876)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, McCullen and Guidry, JJ.)

Upon consideration of Petitioner-Appellant K.T.'s

"[Hawaiʻi Rules of Appellate Procedure (**HRAP**)] 40 Motion for

Reconsideration" (**Motion for Reconsideration**), filed on

December 30, 2023, it appears that:

(1) Petitioner-Appellant moves for reconsideration of

the court's Memorandum Opinion, filed on December 20, 2023;

(2) The Motion for Reconsideration presents no point

of law or fact that this court overlooked or misapprehended.

See HRAP Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawai'i, January 8, 2024.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge